✎ AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ NEW JERSEY

UNITED STATES OF AMERICA

V.

Samuel Rahamin Topaz

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
### (Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:   15-7189

I, _____ Samuel Rahamin Topaz _____ , charged in a ☐ complaint   ☐ petition

pending in this District _____ New Jersey _____

in violation of _____ 18 _____ , U.S.C., _____ 2339 _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a _____ ☐ examination   ☐ hearing   , do hereby waive (give up) my right to a prelim- inary ☐ examination   ☐ hearing.

_____
Date

_____
Defendant

_____
Counsel for Defendant